# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1231
Lower Tribunal No. 2022-CA-4117-O

_____

BRODY PECK,

Appellant,

v.

OPEN DOOR PROPERTY D LLC, ROBERT BURGESS, and ANIELKA GARCIA,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Margaret H. Schreiber, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and BROWNLEE, JJ., concur.


Earl I. Higgs, Jr., of Higgs Law, P.A., Orlando, for Appellant.

Derek J. Angell, of O'Connor, Haftel & Angell, PLLC, Orlando, for Appellee, Open Door Property D LLC.

No Appearance for Appellees, Robert Burgess and Anielka Garcia.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED